UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ASSOCIATED SUPERMARKET GROUP, LLC and
AFS CAPITAL LLC,

                Plaintiffs,

vs.

WEST MILFORD SHOPPING PLAZA, L.L.C., WEST MILFORD GROCERY COMPANY, INC., FRANCIS P. MANZO III, and ABDELHAME NASSER,

                Defendants.

Docket No: 22-cv-02928(MAH)

**ORDER**

**THIS MATTER** having been brought before the Court by Harfenist Kraut & Perlstein LLP, attorneys for plaintiffs, (Steven J. Harfenist, Esq., appearing) on the application for the entry of an for an Order pursuant to FRCP 55(b): 1) granting Plaintiffs a default judgment against non-answering defendants West Milford Grocery Company, Inc., Francis P. Manzo III and Abdelhame Nasser, and 2) granting Plaintiffs a money judgment against West Milford Grocery Company, Inc., Francis P. Manzo III an Abdelhame Nasser, jointly and severally, in the amount of $601,339.14, together with interest at the default rate of 18% per annum from May 30, 2023 through the entry of judgment; on notice to West Milford Grocery Company, Inc., Francis P. Manzo III and Abdelhame Nasser; and the Court having read and considered the moving and opposing papers and considered the arguments of counsel; and good cause otherwise having been shown for the making and granting of the within order: *and for the reasons set forth in an Oral Opinion delivered on the record on October 5, 2023;*

**IT IS** on this 5th day of October, 2023,

**ORDERED** as follows:

    1.    Plaintiffs' motion for a default judgment against West Milford Grocery Company, Inc., and Abdelhame Nasser is **GRANTED**;

1

2. Plaintiffs' motion for a default judgment against Francis P. Manzo III is **DENIED**, without prejudice, as moot for the reasons contained in Plaintiffs' submission of September 29, 2023; *Plaintiff's claims against Francis P. Manzo III are hereby deemed withdrawn, and dismissed from this action without prejudice.*

3. Plaintiff's request for an award of in the amount of $601,339.14, together with interest at the default rate of 18% per annum from May 30, 2023 through the entry of judgment is **GRANTED**;

4. The Clerk shall enter judgment against defendants West Milford Grocery Company, Inc. and Abdelhame Nasser, jointly and severally, in the amount of $601,339.14, together with interest at the default rate of 18% per annum from May 30, 2023 through the entry of judgment.

5. *The Clerk of Court shall close this matter.*

Magistrate Judge Michael A. Hammer

\_\_\_\_\_ opposed
✓ unopposed